# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:11-at-00224<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 3) |

Plaintiff Eva Mendoza filed a complaint on April 21, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees and is, therefore, GRANTED.

IT IS SO ORDERED.

**Dated:   April 26, 2011**              /s/ Sheila K. Oberto
                            UNITED STATES MAGISTRATE JUDGE