1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

EVA MENDOZA,                          )        1:11cv0658 DLB
                                      )
                                      )
                                      )        ORDER DISMISSING ACTION
                                      )        WITH PREJUDICE
             Plaintiff,               )
                                      )
       vs.                            )
                                      )
MICHAEL J. ASTRUE, Commissioner of    )
Social Security,                      )
                                      )
                                      )
             Defendant.               )
_____ )


       Pursuant to the parties' stipulation to dismiss filed on October 18, 2011, this action is

DISMISSED WITH PREJUDICE.  Each party shall bear its own fees, costs and expenses.

       IT IS SO ORDERED.

       **Dated:   October 19, 2011**              _____ **/s/ Dennis L. Beck**_____
                                                 UNITED STATES MAGISTRATE JUDGE

1